

MAR 2 8 2023

CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No.  1:23-cr-016 |
| | ) | |
| v. | ) | **INDICTMENT** |
| | ) | |
| SIMON V. CONTRERAZ, III, | ) | T. 18 U.S.C. § 1709 |
| | ) | |
| Defendant. | ) | |

**THE GRAND JURY CHARGES:**

**COUNT 1**
**(Theft of Mail by Employee)**

On or about July 15, 2022, in the Southern District of Iowa, the defendant, SIMON V. CONTRERAZ III, a United States Postal Service employee, did steal and remove silver coins from letter and package addressed to J.M., said letter and package being conveyed by United States mail and intended to be delivered to J.M., intending to convert the silver coins to his own use.

This is a violation of Title 18, United States Code, Section 1709.

**TRUE BILL.**

_____
FOREPERSON

Richard D. Westphal
United States Attorney

By: _____
Richard E. Rothrock
Assistant United States Attorney

1